**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jeffrey A. Mabrey |
| Debtor 2 (Spouse, if filing) | Linda D. Mabrey |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 13-56664 |

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC Bank USA, NA

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 8 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2017

**New total payment:** $ 787.42
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 195.38        New escrow payment: $ 204.72

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

| Debtor 1 | Jeffrey A. Mabrey | | | Case number *(if known)* 13-56664 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ LeAnn E. Covey
Signature

Date 03/10/2017

| Print: | LeAnn | E. | Covey | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    Clunk, Paisley, Hoose Co., LPA

| Address | 4500 Courthouse Blvd., Suite 400 | | |
|---|---|---|---|
| | Number | Street | |
| | Stow | OH | 44224 |
| | City | State | ZIP Code |

Contact phone  330-436-0300

Email  bknotice@cphlpa.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants

registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on March 10, 2017 addressed to:


Jeffrey A. Mabrey
Linda D. Mabrey
520 Helen Street
Columbus, OH  43223


                              **/S/ LeAnn E. Covey**
                              LeAnn E. Covey, Esquire

**HSBC** ◆▶

HSBC Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054

## Your annual escrow statement
**February 24, 2017**

JEFFREY A MABREY
LINDA D MABREY
520 HELEN STREET
COLUMBUS, OH  43223-8490

HT

Loan number:

### Questions?

**Visit us at**
www.us.hsbc.com
**Call toll free** 1-866-435-7085
**Fax** 1-856-917-8003

**Why am I getting this statement?**

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement.

**What does this mean to me?**

Because your escrow account is projected to have less money than is needed, there is a shortage of **$33.46.**

**Option 1)** Do Nothing: The monthly shortage for the next 12 months is **$2.79** and will automatically be added to your monthly payment beginning **May 2017.** Your new monthly payment for **May 2017** will be **$787.42.**

**Option 2)** Pay the escrow shortage as a lump sum using the attached shortage coupon. If you pay your escrow shortage by **April 20, 2017,** then your new monthly payment will be **$784.63** effective with your **May 2017** mortgage payment.

**What is a shortage?**

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of April 30, 2017): | $1,404.44 |
| **Required** escrow account balance (as of April 30, 2017 ): | $1,437.90 |
| **Difference resulting in an escrow account shortage:** | **$33.46** |

**What is my new monthly payment?**

| The following table reflects your current monthly payment and new monthly payment for each option: | | | |
|---|---|---|---|
| | **Current Payment** | **New Payment with Shortage - Opt 1** | **New Payment without Shortage - Opt 2** |
| Principal & Interest | $582.70 | $582.70 | $582.70 |
| Escrow Deposit | $195.38 | $201.93 | $201.93 |
| Escrow Shortage | | $2.79 | |
| **Total Payment** | **$778.08** | **$787.42** | **$784.63** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

See reverse ➔

For customers in active bankruptcy and customers who have been discharged from their debt through a Chapter 7 bankruptcy, this is not an attempt to collect a debt; this statement is being sent for informational purposes only.

*Tear off here*

Page 1 of 3

**Escrow analysis
Coupon**

Borrower Name: JEFFREY A MABREY
Loan Number:

☐ I choose to repay the shortage of $ _____ in full.

**Shortage Amount: $33.46**

Make the check payable to **HSBC Bank USA, N.A.** and mail it with this coupon in the envelope provided. Your lump sum payment must be received by **April 20, 2017** to be effective with your **May 2017** payment.

HSBC Bank USA, N.A.
PO BOX  371867
PITTSBURGH, PA  15250-7867

You may also pay your shortage online by visiting the website shown at the top of this statement.

089416

### Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $201.93, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the May 2017 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $772.70 | $851.24 |
| Insurance | $1,385.00 | $1,385.00 |
| Mortgage Insurance | $186.84 | $186.84 |
| **TOTAL** | **$2,344.54** | **$2,423.08** |

### Prior Year Account History and Coming Year Projections

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $372.72 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $339.26 will be reached in August 2017. When subtracted from your minimum required balance of $372.72, an Escrow Shortage results in the amount of $33.46. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-866-435-7085**.

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | 1,404.44 | 1,437.90 |
| May 2017 | PMI | 201.93 | 15.57 | 1,590.80 | 1,624.26 |
| Jun 2017 | PMI | 201.93 | 15.57 | 1,777.16 | 1,810.62 |
| Jun 2017 | COUNTY TAX | | 425.62 | 1,351.54 | 1,385.00 |
| Jul 2017 | PMI | 201.93 | 15.57 | 1,537.90 | 1,571.36 |
| Aug 2017 | PMI | 201.93 | 15.57 | 1,724.26 | 1,757.72 |
| Aug 2017 | HAZARD INS. | | 1,385.00 | 339.26 | 372.72 **LP** |
| Sep 2017 | PMI | 201.93 | 15.57 | 525.62 | 559.08 |
| Oct 2017 | PMI | 201.93 | 15.57 | 711.98 | 745.44 |
| Nov 2017 | PMI | 201.93 | 15.57 | 898.34 | 931.80 |
| Dec 2017 | PMI | 201.93 | 15.57 | 1,084.70 | 1,118.16 |

Continued on next page

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you do not want us to use the information from your check to make a one time electronic funds transfer or if you have any questions, please call us at the phone number shown on the front of this statement.

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)

Suite no.

City

State

Zip code

Home telephone
( )

Business telephone
( )

Extension

E-mail address

**HSBC**

HSBC Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement (continued)
**February 24, 2017**

JEFFREY A MABREY
LINDA D MABREY
500 HELEN STREET
COLUMBUS, OH  43223-8490

Loan number:

**Questions?**

Visit us at
www.us.hsbc.com
Call toll free 1-866-435-7085
Fax 1-856-917-8003

### Escrow account projections for the coming year (continued)

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| Jan 2018 | PMI | 201.93 | 15.57 | 1,271.06 | 1,304.52 |
| Jan 2018 | COUNTY TAX | | 425.62 | 845.44 | 878.90 |
| Feb 2018 | PMI | 201.93 | 15.57 | 1,031.80 | 1,065.26 |
| Mar 2018 | PMI | 201.93 | 15.57 | 1,218.16 | 1,251.62 |
| Apr 2018 | PMI | 201.93 | 15.57 | 1,404.52 | 1,437.98 |
| **Total** | | **$2,423.16** | **$2,423.08** | | |

**LP** - indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Amounts paid into your escrow account Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Amounts paid out of your escrow account Actual ($) | Escrow account balance Anticipated ($) | Escrow account balance Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 1,411.73 | -446.94 |
| May 2016 | PMI | 195.38 | 420.14* | 15.57 | * | 1,591.54 | -26.80 |
| May 2016 | PMI | | | | 15.57* | 1,591.54 | -42.37 |
| May 2016 | COUNTY TAX | | | | 386.35* | 1,591.54 | -428.72 |
| Jun 2016 | PMI | 195.38 | 210.07* | 15.57 | * | 1,771.35 | -218.65 |
| Jun 2016 | COUNTY TAX | | | 386.35 | * | 1,385.00 | -218.65 |
| Jun 2016 | PMI | | | | 15.57* | 1,385.00 | -234.22 |
| Jul 2016 | PMI | 195.38 | * | 15.57 | * | 1,564.81 | -234.22 |
| Jul 2016 | PMI | | | | 15.57* | 1,564.81 | -249.79 |
| Aug 2016 | PMI | 195.38 | 630.21* | 15.57 | * | 1,744.62 | 380.42 |
| Aug 2016 | HAZARD INS. | | | 1,385.00 | 1,385.00 | 359.62 | -1,004.58 |
| Aug 2016 | PMI | | | | 15.57* | 359.62 | -1,020.15 |
| Sep 2016 | PMI | 195.38 | * | 15.57 | * | 539.43 | -1,020.15 |
| Sep 2016 | PMI | | | | 15.57* | 539.43 | -1,035.72 |
| Oct 2016 | PMI | 195.38 | 630.21* | 15.57 | * | 719.24 | -405.51 |
| Oct 2016 | PMI | | | | 15.57* | 719.24 | -421.08 |
| Nov 2016 | PMI | 195.38 | 195.38 | 15.57 | * | 899.05 | -225.70 |
| Nov 2016 | PMI | | | | 15.57* | 899.05 | -241.27 |
| Dec 2016 | PMI | 195.38 | 195.38 | 15.57 | * | 1,078.86 | -45.89 |
| Dec 2016 | PMI | | | | 15.57* | 1,078.86 | -61.46 |
| Jan 2017 | PMI | 195.38 | 390.76* | 15.57 | * | 1,258.67 | 329.30 |
| Jan 2017 | COUNTY TAX | | | 386.35 | 425.62* | 872.32 | -96.32 |
| Jan 2017 | PMI | | | | 15.57* | 872.32 | -111.89 |
| Feb 2017 | PMI | 195.38 | 1,172.28 E | 15.57 | E | 1,052.13 | 1,060.39 |
| Feb 2017 | PMI | | | | 15.57* | 1,052.13 | 1,044.82 |
| Mar 2017 | PMI | 195.38 | 195.38 E | 15.57 | 15.57 E | 1,231.94 | 1,224.63 |
| Apr 2017 | PMI | 195.38 | 195.38 E | 15.57 | 15.57 E | 1,411.75 | 1,404.44 |
| **Total** | | **2,344.56** | **4,235.19** | **2,344.54** | **2,383.81** | | |